UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-02055 JVS (DFMx) <br> SACV 18-02058 JVS (DFMx) <br> SACV 18-02150 JVS (DFMx) | Date | April 1, 2019 |
| Title | Uniloc 2017 LLC v. Netflix, Inc. <br> Uniloc 2017 LLC v. Hulu, LLC <br> Uniloc 2017 LLC v. Netflix, Inc. | | |

Present: The Honorable    James V. Selna

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| M. Elizabeth Day <br> Marc Belloli | Matthew Bernstein <br> Patrick McKeever |

**Proceedings:**     **Scheduling Conference**

Cause called and counsel make their appearances. The Court and counsel confer.

Counsel shall meet, confer and submit a proposed discovery dates leading up to the Markman hearing.

Counsel shall file a Joint Rule 26 Meeting Report, with the completed Exhibit A, prior to April 15, 2019 hearing.

The Court ORDERS the SACV 18-02055 JVS (DFMx) and SACV 18-02150 JVS (DFMx) actions consolidated. Counsel are directed to make all future filings in the **SACV 18-02055 JVS (DFMx),** which will be the lead case. The Clerk's Office is directed to add the parties and counsel in SACV 18-02055 JVS (DFMx).

|  | : 02 mins per case |
|---|---|
| Initials of Preparer | rrp |