# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 18-2055-GW-DFMx | Date | January 16, 2020 |
|---|---|---|---|
| Title | *Uniloc 2017 LLC v. Netflix, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Laura Elias | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David L. Alberti | Matthew C. Bernstein |
| Hong Lin | Martin E. Gilmore |
| | Patrick J. McKeever |

**PROCEEDINGS:** TUTORIAL HEARING

Tutorial is held. Counsel will have three business days to provide cases as indicated on the record. The *Markman* Hearing set for January 23, 2020, is continued to February 13, 2020 at 9:00 a.m.

                                                                            :    50

                                              Initials of Preparer    JG